IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

    Plaintiff,                       No. CIV S-09-2736 EFB P

    vs.

COUNTY OF SOLANO, et al.,

    Defendants.                  <u>ORDER</u>

_____/

       Plaintiff is confined in a county jail and is proceeding without counsel in an action brought under 42 U.S.C. §1983.  He has submitted a second affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       As the court previously informed plaintiff in its October 22, 2009 order, section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

////

////

1

1     Plaintiff has not submitted a certified copy of his trust account statement or the
2 institutional equivalent. He may comply with this requirement by having jail officials complete
3 the "Certificate" portion of the form application for leave to proceed *in forma pauperis*.

4     Accordingly, plaintiff has 30 days from the date this order is served to submit the
5 required certification of his trust account statement. Failure to comply with this order may result
6 in this action being dismissed. The Clerk of the court is directed to send to plaintiff a new form
7 Application to Proceed In Forma Pauperis by a Prisoner.

8     So ordered.

9 Dated: December 2, 2009.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE