IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

      Plaintiff,                    No. CIV S-09-2736 EFB P

      vs.

COUNTY OF SOLANO, et al.,

      Defendants.           ORDER

                              /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's December 4, 2009 motion is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

      So ordered.

DATED: December 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE