IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

      Plaintiff,                    No. CIV S-09-2736 EFB P

    vs.

COUNTY OF SOLANO, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

////

1       Accordingly, plaintiff has 30 days from the date this order is served to submit the
2 required trust account statement.  Failure to comply with this order will result in this action being
3 dismissed.  The Clerk of the court is directed to send to plaintiff a new form Application to
4 Proceed In Forma Pauperis by a Prisoner.
5       So ordered.
6 DATED: January 12, 2010.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE