1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TROY ANDERSON,

11            Plaintiff,                    No. CIV S-09-2736 EFB P

12        vs.

13   COUNTY OF SOLANO, et. al.,

14            Defendants.                   ORDER
                                    /
15

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.

19   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

20        On January 12, 2010, the court found that plaintiff's *in forma pauperis* application failed

21   to include the certified copy of his trust account statement required by 28 U.S.C. § 1915(a)(2) .

22   The court ordered plaintiff to submit the certified trust statement and warned him that failure to

23   do so would result in dismissal.  On March 3, 2010, the court granted plaintiff an additional 30

24   days in which to submit the trust account statement.

25   ////

26   ////

                                    1

1    The 30-day period has expired and plaintiff has not submitted the required trust account

2  statement or otherwise responded to the court's order.[1]

3    It therefore is ORDERED that this action is dismissed without prejudice.

4  Dated: April 19, 2010.

5                                                    _____
                                                     EDMUND F. BRENNAN
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

---

25      [1]  Although it appears from the file that plaintiff's copy of the order was returned,
   plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his
26  current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record
   address of the party is fully effective.

2